# LAW OFFICES OF
# BROOKE M. BARNETT & ASSOCIATES, P.C.
### 60 Park Place, 6th Floor
### Newark, New Jersey 07102
### Phone: 973-693-4444
### Fax: 973-693-4441

**Brooke M. Barnett Esq.**                                   *Rosalyn C. Charles, Esq. of Counsel*



October 30, 2009

**VIA FACSIMILE 609-989-0515**
Honorable Peter G Sheridan, United States Magistrate Judge
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.
Trenton, New Jersey 08608

   RE: **United State of America v. Robert Kosch;**
       **Case # 2:00-cr-00121-WGB**

*So Ordered
Peter N Sheridan*

Dear Judge Sheridan:

   Please be advised that I represent Robert Kosch in reference to the above-captioned matter. This case is scheduled for Monday, November 2, 2009. At this time I am respectfully requesting an adjournment of this matter. I will be out of town October 31, 2009 and returning on November 3, 2009. This Letter confirms our conversation with Ms. Dolores Hhicks, that we will schedule new date for November 5, 2009 at 10:00 a.m. Kindly notify this office of confirmation of this request.

   If you have any questions, please contact my office at (973)-693-4444 or on my cell at (973)-494-1024. Thank you so much for your time regarding this matter.

                                          Regards,

                                          LAW OFFICES OF
                                          BROOKE M. BARNETT & ASSOCIATES, P.C.

                                          *Brooke M. Barnett*
                                          BY: BROOKE M. BARNETT, ESQ.

BMB/mav