# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

U.S.A.                                        Cr. 00-121-01(PGS)

    v.                                      O R D E R

Robert Kosch
Defendant

    It is on this 5th day of November 2009,

    Ordered that Electronic Monitoring Device be place on Mr Kosch.

Court ordered that Mr. Kosch turnover passport.

    Mr Kosch must contact Probation Office at all times as the Probation Office requires.

                                               Peter G. Sheridan, U.S,D.J.