## LAW OFFICES OF
## BROOKE M. BARNETT & ASSOCIATES, P.C.
*60 Park Place, 6th Floor*
*Newark, New Jersey 07102*
*Phone: 973-693-4444*
*Fax: 973-693-4441*

*Brooke M. Barnett Esq.*                    *Rosalyn C. Charles, Esq. of Counsel*



December 5, 2009

**VIA FACSIMILE  609-989-0515**
Honorable Peter G Sheridan
United States District Court
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State St.
Trenton, New Jersey 08608

      **RE: United State of America v. Robert Kosch;**
          **Case # 2:00-cr-00121-WGB (PGS)**

Dear Judge Sheridan:

      Please be advised that I represent Robert Kosch in reference to the above-captioned matter. This case is scheduled for Tuesday, December 8, 2009 at 3:30 p.m. I have been in contact with the A.U.S.A. Harvey Bartle on behalf of my client. As Your Honor is aware, there are eight (8) alleged violations against my client. However, I have been putting together a comprehensive explanation to the Probation Officer's representations in support of our defense. I have indicated to Mr. Bartle that I have been able to put together a letter brief along with multiple documents/attachments and Certifications to support same.

      Moreover, I do represent Mr. Kosch on his Middlesex County matter, whereby I am in the midst of submitting a Motion to Dismiss the Indictment. (Note: this was one of the violations submitted against my client from the United States Probation Office). We are scheduled to appear in Middlesex County on December 16, 2009 before Judge Nieves at 9:00 a.m.

      Based on the above and the Governments consent to a later date, I am respectfully requesting a new date, preferably after the New Year.

      If you have any questions, please contact my office at (973)-693-4444 or on my cell at (973)-494-1024. Thank you so much for your time regarding this matter.

Respectfully submitted,

LAW OFFICES OF
BROOKE M. BARNETT & ASSOCIATES, P.C.

*Brooke M. Barnett*
BY: BROOKE M. BARNETT, ESQ.

BMB/mav
Cc: A.U.S.A. Harvey Bartle via fax (609)-989-2275

SO ORDERED: *Peter M Sheridan*
DATED: 12/7/09