## LAW OFFICES OF
## BROOKE M. BARNETT & ASSOCIATES, P.C.
60 Park Place, 6th Floor
Newark, New Jersey 07102
Phone: 973-693-4444
Fax: 973-693-4441

*Brooke M. Barnett Esq.*  *Rosalyn C. Charles, Esq. of Counsel*



March 3, 2010

<u>Via Facsimile 609-989-0515</u>
United States District Court
District of New Jersey
402 E. State St., Suite 400
Trenton, New Jersey 08608-1507
Attn.: Hon. Peter G. Sheridan, U.S.D.J

Re: United States of America vs. Robert Kosch
Docket No.: 00-00121-001

Dear Judge Sheridan:

I am writing this letter on behalf of my client Robert Kosch, who is scheduled to appear before Your Honor on Friday, March 12, 2010 at 10:00 a.m.

As you may recall we had last appeared before Your Honor on February 1, 2010 for whereby Mr. Kosch had pled to guilty to one count of his supervised release. The Advisory Guideline Range is eight (8) to fourteen (14) months. I am in receipt of Mr. Bartles letter brief and would like an opportunity to respond; however I have been suffering from a severe chest cold and sinus infection.

In light of the March 12th Court date I had attempted to obtain Mr. Bartle's consent for an adjournment of this matter however, I don't believe he will. I am scheduled to appear in Middlesex County Superior Court before The Honorable Frederick P. Devesa, J.S.C. for a Motion to Dismiss the Indictment against Mr. Kosch, on March 19, 2010 at 1:30 p.m. Moreover, restitution is of great interest to the States case. Finally, if Mr. Kosch was put into custody it would be very difficult for me to communicate and prepare my State case.

Based on the above I would respectfully request a brief adjournment of the matter. I would ask for a date be set after the March 19th date in Middlesex County Superior Court.

If you have any questions please feel free to contact me at my office.

> Respectfully submitted,
> **Law Offices of Brooke M. Barnett & Associates, P.C.**
>
> /s/
> _____
> **Brooke M. Barnett, Esq.**

BMB:ee

cc: Via Fax: 609-989-2275 - A.U.S.A, Harvey Bartle

Denied

SO ORDERED: *Peter G. Sheridan*
DATED: 3/4/10