# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    Cr. 00-121(PGS)

    v.

ROBERT KOSCH                                O R D E R

The Court having presided over the defendant's guilty plea to violation number five of the petition, charging him with failing to to report full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating a term his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentence as follows:

    A. Defendant is hereby committed to custody of the United States Bureau of Prison to be imprisoned for a term of 8 months; Surrender to the U.S. Marshal Office April 12, 2010;

    B. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 6 months.

C.  All previous conditions of supervised release and restitution as set forth in the judgment issued September 12, 2001 shall remain in effect.

_____
HON. PETER G. SHERIDAN
United States District Judge

Dated: March 12th, 2010,