# LAW OFFICES OF
# BROOKE M. BARNETT & ASSOCIATES, P.C.
*60 Park Place, 6th Floor*
*Newark, New Jersey 07102*
*Phone: 973-693-4444*
*Fax: 973-693-4441*

*Brooke M. Barnett Esq.*          *Rosalyn C. Charles, Esq. of Counsel*



May 4, 2010

**Via Facsimile 609-989-0515**
United States District Court
District of New Jersey
402 E. State St., Suite 400
Trenton, New Jersey 08608-1507
Attn.: Hon. Peter G. Sheridan, U.S.D.J

*Denied*
*Peter Sheridan*

Re:   United States of America vs. Robert Kosch
      Docket No.: 00-00121-001

Dear Judge Sheridan:

    I am writing this letter to respectfully request Your Honors ruling that Mr. Kosch surrender himself to the United States Marshalls in Trenton New Jersey by today at 3:00 p.m. The defense would plead with the Court to please reconsider thire order of surrender for the following reasons.

    First, the time is now close to 12:00 p.m. Mr. Kosch had reported to my office in Newark New Jersey for the scheduled phone conference. As Your Honor is aware, the distance between Trenton and Newark is close to an hour and a half. Additionally, Mr. Kosch lives in the Vernon area which is close to an hour away from Newark. Moreover, it would be impossible for Mr. Kosch to get to his house from my office and then to Trenton by 3:00 today; notwithstanding the zero opportunity for him to say goodbye to his family including his ten (10) year old son. Finally, although not mentioned to Your Honor, I should note that Mr. Kosches father who is eighty four (84) years old is presently dying of stage 4 liver failure and congestive heart failure. Mr. Kosches father is being housed in hospice at the Eastern Christian Health Care Facility in Wycoff, New Jersey.

    Based on the above the defense would respectfully request that Your Honor reconsider Mr. Kosches' 3:00 surrender time to first thing tomorrow morning, May 5, 2010.

    Please advise me of Your Honors decision at the Courts earliest convenience.

                Respectfully submitted,
                **Law Offices of Brooke M. Barnett & Associates, P.C.**

                /s/ *Brooke M. Barnett*

                **Brooke M. Barnett, Esq.**

BMB:ee

cc: Via Fax: 609-989-2275 - A.U.S.A, Harvey Bartle