# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

United States of America                    CRIMINAL 00-121-01 (PGS)

*Government*

    v.                                              O R D E R

ROBERT KOSCH

    Defendant

It is on this 4th day of May, 2010

This matter having been brought before the Court, the Honorable Peter G. Sheridan, U.S.D.J. for defendant, Robert Kosch, bail is hereby revoked.  Mr. Kosch is to surrender to the U.S. Marshal no later than 4:00 pm. on May 4, 2010.

_____
PETER G. SHERIDAN, U.S.D.J.